■ In the Matter of DAMARIS MEDINA, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [29 NYS3d 179]—

Judgment, Supreme Court, New York County (Carol E. Huff, J.), entered December 17, 2014, denying the petition to annul respondent New York City Housing Authority's (NYCHA) determination dated February 4, 2014, which denied, after a

hearing, petitioner's remaining family member grievance, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

Respondent's determination has a rational basis in the record, and was not arbitrary and capricious. Petitioner admitted that she did not receive NYCHA's written consent to rejoin the apartment leased by her mother and had lived there for less than one year prior to her mother's death (*see Matter of Adler v New York City Hous. Auth.*, 95 AD3d 694, 695 [1st Dept 2012], *lv dismissed* 20 NY3d 1053 [2013]). Petitioner's mitigating circumstances do not provide a basis for annulling NYCHA's determination (*see Matter of Firpi v New York City Hous. Auth.*, 107 AD3d 523, 524 [1st Dept 2013]).

We have considered petitioner's remaining contentions and find them unavailing. Concur—Sweeny, J.P., Acosta, Manzanet-Daniels, Gische and Gesmer, JJ.